```
 1  Vanessa R. Waldref
 2  United States Attorney
    Eastern District of Washington
 3  Michael J. Ellis
 4  Stephanie A. Van Marter
    Assistant United States Attorneys
 5  Post Office Box 1494
 6  Spokane, WA 99210-1494
 7  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 5 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN RIVERA-VENEGAS,<br><br>Defendant. | **1:22-CR-2034-SAB**<br><br>INDICTMENT<br><br>Vios: 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846<br>Conspiracy to Distribute Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Fentanyl<br>(Counts 2 and 3)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by on or about June 5, 2021, and continuing until on or about August 17, 2021, in the Eastern District of Washington and elsewhere, the Defendant, JONATHAN RIVERA-VENEGAS,

INDICTMENT – 1

did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown, to commit the following offense: distribution of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846.

## COUNT 2

On or about August 7, 2021, in the Eastern District of Washington, the Defendant, JONATHAN RIVERA-VENEGAS, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about August 15, 2021, in the Eastern District of Washington, the Defendant, JONATHAN RIVERA-VENEGAS, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction for an offense in violation of 21 U.S.C. § 841 as set forth in this Indictment, the Defendant, JONATHAN RIVERA-VENEGAS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

INDICTMENT – 2

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

DATED this 5 day of April, 2022.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

*[signature]*
Ian Garriques
First Assistant United States Attorney

*[signature]*
Michael J. Ellis
Assistant United States Attorney

*[signature]*
Stephanie A. Van Marter
Assistant United States Attorney

INDICTMENT – 3